UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 25-7143-MWF(MAAx)**                                    Date: December 16, 2025

Title      *Xavier Nailing v. U.S. Army Office of the General Counsel*

---

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On December 3, 2025, the Court filed an Order Regarding Proof of Service (the "Order").  (Docket No. 14).  As the Court explained in the Order, the deadline for Plaintiff to properly serve the Summons and Complaint was extended to January 5, 2026.  (*Id.* at 1).

On December 8, 2025, Plaintiff filed the following Proofs of Service:

- By mail to Bilal A. Essayli (Docket No. 15).
- By mail to Daniel Driscoll (Docket No. 16).
- By mail to Pamela Bondi (Docket No. 17).

As previously stated in the Order, the requirements to properly serve the United States and its agencies, corporations, officers, or employees are set forth at Federal Rule of Civil Procedure 4(i).  The Proofs of Service filed at Docket Nos. 15 through 17 do not reflect proper service on Defendant.  *See* Federal Rules of Civil Procedure 4(i)(1)(A)(i), (ii), and (B).

Plaintiff is **ORDERED TO SHOW CAUSE** ("OSC") by no later than **JANUARY 5, 2026**, why this action should not be dismissed for lack of prosecution.  In response to this OSC, the Court will accept proofs of service reflecting proper service on Defendant as required by Federal Rule of Civil Procedure 4(i).

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 25-7143-MWF(MAAx)**                                      Date:  December 16, 2025

Title            *Xavier Nailing v. U.S. Army Office of the General Counsel*

      No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Federal Rule of Civil Procedure 78 and Local Rule 7-15.  The matter will stand submitted upon the filing of a proper response to the OSC.  Failure to respond to the OSC by **JANUARY 5, 2026**, will result in the DISMISSAL of this action.

      The Court cannot provide legal advice to any party.   However, Plaintiff is again encouraged to review the Self-Representation Order filed concurrently with this Minute Order.  Plaintiff may also seek assistance from the Pro Se Clinic, https://prose.cacd.uscourts.gov/.  The Clinic is open for walk-in consultations on Wednesdays from 10:00 a.m. to 12:00 p.m., and 1:00 p.m. to 3:00 p.m., no appointment necessary.  To make an appointment and for more information, Plaintiff may contact Public Counsel at (213) 835-2977, ext. 270, or submit an on-line request for services at https://publiccounsel.org/services/federal-court/application-for-services/.

      IT IS SO ORDERED.